U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 30 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD SPENCER BELLAMY<br>LA. DOC #123139<br>VS. | CIVIL ACTION NO. 5:13-cv-0359<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE